

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X

STATE BANK OF INDIA, NEW YORK BRANCH,

                Plaintiff-Appellant,

against-

SANT S. CHATWAL,

                Defendant-Appellee
---------------------------------------X

Docket No. 00-CV-2988(NRB)

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

**STIPULATION OF DISCONTINUANCE OF APPEAL**

96-8829A(CB)
(#80A)

**IT IS HEREBY MUTUALLY AGREED AND STIPULATED** by and between the attorneys for the respective parties hereto, neither of whom is an infant or an incompetent for whom a committee has been appointed, that the within appeal be and hereby is discontinued without costs to either party.

DATED; New York NY
        May 16, 2000

| | |
|---|---|
| FOREHT LAST LANDAU MILLER & KATZ LLP | ROBINSON BROG LEINWAND GREENE, GENOVESE & GLUCK PC |
| Attorneys for Plaintiff-Appellant | Attorneys for Defendant-Appellee |
| By:_____ | By:_____ |
| Richard S. Last (RSL #9460) | Christine H. Black ( CHB #6456 |
| 415 Madison Avenue, 16th floor | 1345 Avenue of the Americas |
| New York NY 10017 | New York NY 10105 |
| (212)935-8880 | (212) 603-6364 |

SO ORDERED:

_____
United States District Judge 5/24/00

